UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING SPIDER, LLC, | Case No. CV 23-3327-KK-AFMx |
| Plaintiff, | |
| v. | JUDGMENT |
| I.Y.V.E. LLC, | |
| Defendant. | |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of plaintiff King Spider, LLC ("Plaintiff") against defendant I.Y.V.E. LLC ("Defendant").

Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiff damages in the amount of $500,000 from the date of entry of judgment in this action.

Defendant, or their agents, and any employees, agents, servants, officers, representatives, directors, attorneys, successors, affiliates, assigns, and entities owned or controlled by Defendants, and all those in active concert or participation with Defendants, and each of them who receives notice directly or otherwise of such injunction are hereby PERMANENTLY RESTRAINED and ENJOINED from:

    i.    manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in Counterfeit Products;

ii. directly or indirectly infringing in any manner any of the Sp5der Marks;

iii. using any reproduction, counterfeit, copy or colorable imitation of the Sp5der Marks to identify any goods or services not authorized by Plaintiff;

iv. using any of Plaintiff's trademarks, including, without limitation, the Sp5der Marks, or any other marks that are confusingly similar to the Sp5der Marks, on or in connection with Defendant's manufacture, advertisement, marketing, promotion, distribution, display, offering for sale, sale, and/or otherwise dealing in Counterfeit Products;

v. using any false designation of origin or false description, or engaging in any action that is likely to cause confusion, cause mistake, and/or to deceive members of the trade and/or the public as to the affiliation, connection, origin or association of any product manufactured, advertised, marketed, promoted, distributed, displayed, offered for sale, or sold by Defendant with Plaintiff and/or as to the sponsorship or approval of any product manufactured, advertised, marketed, promoted, distributed, displayed, offered for sale, or sold by Defendant and Defendant's commercial activities by Plaintiff;

vi. engaging in the unlawful, unfair, or fraudulent business acts or practices, including, without limitation, the actions described herein, including the use of the Sp5der Marks and the advertising of and/or dealing in any Counterfeit Products;

vii. engaging in any other actions that constitute unfair competition with Plaintiff;

viii. engaging in any other act in derogation of Plaintiff's rights;

ix. secreting, destroying, altering, removing, or otherwise dealing with the Counterfeit Products or any books or records that contain any information relating to the manufacture, advertisement, marketing, promotion, distribution, display, offering for sale, and/or sale of Counterfeit Products;

x. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of

circumventing or otherwise avoiding the prohibitions set forth in any Final Judgment or Order in this action; and

    xi.    instructing, assisting, aiding or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (x) above.

Dated: February 26, 2024

———————————————
HONORABLE KENLY KIYA KATO
United States District Judge